UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  

    Kevin L Freeman  
    Katherine L Freeman  
        Debtor(s)

Case No. 14-23333

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/24/2014.

2) The plan was confirmed on 09/12/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/01/2016.

5) The case was dismissed on 09/23/2016.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,907.42.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $27,569.63 |
| Less amount refunded to debtor | $3,554.21 |
| **NET RECEIPTS:** | **$24,015.42** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,882.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,159.66 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,041.66** |
| Attorney fees paid and disclosed by debtor: | $118.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACURA FINANCIAL SERVICES | Secured | 2,119.21 | 2,119.21 | 2,119.21 | 1,889.29 | 106.72 |
| CAPITAL ONE AUTO FINANCE/NBS | Secured | 28,761.27 | 5,495.42 | 5,495.42 | 5,495.42 | 2,703.13 |
| CATHERINE FREEMAN | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY INVESTMENTS | Unsecured | NA | 134.67 | 134.67 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 500.00 | 1,527.60 | 1,527.60 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 2,000.00 | 849.01 | 849.01 | 0.00 | 0.00 |
| ILLINOIS DEPT OF HEALTHCARE & F | Priority | 5,090.99 | 5,090.99 | 5,090.99 | 2,503.19 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 1,034.58 | 998.12 | 998.12 | 521.50 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 317.65 | 317.65 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 796.84 | 796.84 | 796.84 | 416.33 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 35,405.06 | 35,405.06 | 35,405.06 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | NA | 735.02 | 735.02 | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Unsecured | NA | 2,165.00 | 2,165.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 277.00 | 533.50 | 533.50 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 267.00 | 207.57 | 207.57 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 2,601.51 | 2,601.51 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORPORA | Secured | 10,750.01 | 10,750.01 | 10,750.01 | 4,578.27 | 759.91 |
| AARON RENTS | Unsecured | 608.00 | NA | NA | 0.00 | 0.00 |
| AMSURG SURGERY CENTER | Unsecured | 79.15 | NA | NA | 0.00 | 0.00 |
| ANEW DENTAL & ORTHODONTICS | Unsecured | 1,725.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIOLOGISTS OF JOLIET | Unsecured | 151.10 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT/COMCAST | Unsecured | 1,292.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS SPRINT | Unsecured | 1,218.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST FIRE DEPT | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEDICAL CLINIC | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| ENT SURGICAL CONSULTANTS | Unsecured | 51.88 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIFTH THIRD BANK | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| JOLIET RADIOLOGICAL SERVICE | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING FIRST PREMIER | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING ASPIRE VISA | Unsecured | 1,060.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING ASPEN MASTER | Unsecured | 1,025.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING FIRST BANK OF | Unsecured | 888.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,060.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,025.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT LOYOLA HEAl | Unsecured | 4,625.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| NRI LABORATORIES | Unsecured | 185.75 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CEN | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| RASH CURTIS & ASSOC DIAMOND C | Unsecured | 2,110.00 | NA | NA | 0.00 | 0.00 |
| SONNENSCHEIN FINANCIAL VILLAG | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SONNENSCHEIN FINANCIAL VILLAG | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 203.82 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ALSIP | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WOOD FOREST BANK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP COMED | Unsecured | 849.00 | NA | NA | 0.00 | 0.00 |
| CCS CORTRUST BANK | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| CENTER STREET MEDICAL | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 1,200.00 | 1,218.16 | 1,218.16 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,364.64 | $11,962.98 | $3,569.76 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,364.64** | **$11,962.98** | **$3,569.76** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $5,090.99 | $2,503.19 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,794.96 | $937.83 | $0.00 |
| **TOTAL PRIORITY:** | **$6,885.95** | **$3,441.02** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$45,694.75** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,041.66 |
| Disbursements to Creditors | $18,973.76 |
| **TOTAL DISBURSEMENTS** : | **$24,015.42** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/28/2016        By: /s/ Glenn Stearns
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**